**Name:** DAVID E. O'CONNOR
**Address:** 307 ANGUS DRIVE
CEDAR PARK, TEXAS 78613
**Phone Number:** 512-998-0313
**Email Address:** 54guitlite96@att.net
*Pro Se*

In a removal from the 345th Judicial District Court of Travis County, TX State case number: D-1-FM-15-003965 ("In The Interest of L. T. O., A Child")
Judge Jan Soifer, presiding
FORMAL DEMAND FOR JURY TRIAL
CONSTITUTIONAL CHALLENGES
INJUNCTIVE RELIEF REQUESTED

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

DAVID E. O'CONNOR

**PLAINTIFF(S)**

STATE OF TEXAS, JAN SOIFER, KARIN R. CRUMP, THOMPSON SALINAS &LONDERGAN, DALRYMPLE SHEllHORSE) ELLIS & DIAMOND, ALISSA SHERRY, and TRISH HO

**DEFENDANT(S)**

**CASE NUMBER**

1:2022cv01047

**APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY**

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [X] A Computer with internet access.

   [X] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [X] A scanner to convert documents that are only in paper format into electronic files.

   [X] A printer or copier to create required paper copies such as chambers copies.

   [X] A word-processing program to create documents; and

   [X] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

**Date:** 10/20/2022

**Signature:** /s/David E. O'Connor
David E. O'Connor

FILED 22 OCT 21 AM 9:35 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK