FILED
June 15, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 23, 2023
Lyle W. Cayce
Clerk

No. 23-50078

David Edward O'Connor,

    *Plaintiff—Appellant*,

*versus*

State of Texas; Jan Soifer; Karin Crump; Thompson Salinas and Londergan; Dalrymple Shellhorse Ellis and Diamond; Alyssa Sherry; Trish Ho,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-1047 LY

_____

UNPUBLISHED ORDER

Before Elrod, Graves, and Ho, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the opposed motion of State of Texas, Thompson, Salinas and Londergan, Dalrymple Shellhorse Ellis and Diamond, Alissa Sherry, and Trish Ho to dismiss the appeal as frivolous is GRANTED.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 15, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 23-50078   O'Connor v. State of Texas
                           USDC No. 1:22-CV-1047

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa B. Courseault, Deputy Clerk
                                      504-310-7701

cc:
    Ms. Leslie A. Benitez
    Mr. Scot Macdonald Graydon
    Mr. Michael Brian Johnson
    Mr. Eric Richard Little
    Mr. Anthony J. Nelson
    Mr. David Edward O'Connor
    Mr. Mike F. Pipkin
    Mr. Patrick Todd Pope